[No. 8565-8-II. Division Two. March 23, 1987.]

LEO WENNER, *Appellant,* v. RICHARD PEDERSEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 83-2-00025-1, John W. Schumacher, J., entered February 19, 1985. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.

[No. 7581-8-III. Division Three. March 24, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD DEAN BOWEN, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 85-1-00206-1, Albert J. Yencopal, J., entered December 20, 1985. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.

[No. 7927-9-III. Division Three. March 24, 1987.]

GUS LYBECKER, ET AL, *Appellants,* v. BLUE MOUNTAIN INSURANCE, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 82-2-00232-2, Yancey Reser, J., entered June 18, 1986. *Reversed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.